TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00045-CR


NO. 03-02-00046-CR






Arnold Lamotte, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT


NOS. 000404 & 950383, HONORABLE BOB PERKINS, JUDGE PRESIDING






O R D E R


PER CURIAM

The reporter's record in these companion causes was due March 18, 2002. A portion
of the record has been filed, but the remainder is overdue. The court reporter responsible for
preparing the unfiled portion of the record, Mr. Joel Silva, did not respond to the Clerk's overdue
notice.

The court reporter for the 331st District Court, Mr. Joel Silva, is ordered to file the
unfiled portion of the reporter's record no later than July 8, 2002. No further extension of time will
be granted.

It is ordered June 7, 2002.

Before Justices Kidd, Patterson and Puryear

Do Not Publish